David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King, #4610
Nicole T. Durrant, #8803
**Brian S. King, Attorney at Law**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
Nicole@briansking.com

Attorneys for Plaintiffs

Philip D. Dracht, SB219044
FABIAN & CLENDENNIN
215 South State Street , Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
pdracht@fabianlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY B. and JULIE B., individually and as guardians of CODY M.** </br>     **Plaintiffs,** </br> </br>    v. </br> </br> **BLUE CROSS OF CALIFORNIA, and THE LOCKHEED MARTIN GROUP BENEFITS PLAN NO. 594** </br> </br>     **Defendants.** | **JOINT STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** </br> </br> Date CMC is Scheduled:  1/11/2010 </br> Date Requested to move CMC to: </br> 1/25/2010 </br> </br> **3:09-CV-4607 MHP** |

1

---
JOINT STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE
   CASE NO. C 09-04607 MHP

1     Larry B and Julie B, individually and as guardians of Cody M, and Blue Cross of California

2 and the Lockeed Martin Group Benefits Plan No. 594, through and by their counsel, hereby stipulate

3 and request that the Court continue the case management conference scheduled for 1/11/2010 at 4:00

4 p.m., to 1/25/2010 at 4:00 p.m., or at a date to be determined by the Court.

5     The basis for this stipulation and request is that counsel for both Plaintiffs and Defendants are

6 located in Salt Lake City, Utah, and wish to appear at the case management conference by telephone.

**SO STIPULATED:**

Dated: January 7, 2010                  BRIAN S. KING, ATTORNEY AT LAW

                                                  By: _____/s/_____
                                                        Brian S. King

Dated: January 7, 2010                  DAVID M. LILIENSTEIN

                                                  By: _____/s/_____
                                                       David M. Lilienstein
                                                        *Attorneys for Plaintiffs*

Dated: January 7, 2010                  FABIAN & CLENDENNIN

                                                  By: _____/s/_____
                                                        Philip D. Dracht
                                                        *Attorneys for Defendants*

**IT IS SO ORDERED** that the case management conference is continued from 1/11/2010 at 4:00 p.m. to 1/25/2010 at 4:00 p.m. in Courtroom 15, 18th Floor, SF.

Dated: January ~~7~~, 2010

                                                        By: _____
                                                        Judge Marilyn Hall Patel



2

_____
JOINT STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE
   CASE NO. C 09-04607 MHP