David M. Lilienstein  (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King (Admitted Pro Hac)
Nicole T. Durrant (Admitted Pro Hac)
**BRIAN S. KING, ATTORNEY AT LAW**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
Nicole@briansking.com

Attorneys for Plaintiffs

Philip D. Dracht, (State Bar No. 219044)
**FABIAN & CLENDENNIN**
215 South State Street , Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
pdracht@fabianlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. and JULIE B., individually and as guardians of CODY M.<br>         Plaintiffs,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA, and THE LOCKHEED MARTIN GROUP BENEFITS PLAN NO. 594<br><br>         Defendants. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>3:09-CV-4607 MHP<br><br>Judge Marilyn Hall Patel |

1 | Larry B and Julie B, individually and as guardians of Cody M, and Blue Cross of California
2 | and the Lockeed Martin Group Benefits Plan No. 594 stipulate and agree as follows:
3 | Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiffs and Defendant hereby stipulate
4 | to dismiss all claims in this lawsuit by Plaintiffs against Defendant, with prejudice, with each party to
5 | bear its own fees, costs, and expenses.

**SO STIPULATED:**

Dated: April 28, 2010                    BRIAN S. KING, ATTORNEY AT LAW

                                         By: _____/s/_____
                                             Brian S. King
                                             *Attorneys for Plaintiffs*

Dated: April 28, 2010                    DL LAW GROUP

                                         By: _____/s/_____
                                             David M. Lilienstein
                                             *Attorneys for Plaintiffs*

Dated: April 28, 2010                    FABIAN & CLENDENIN, P.C.

                                         By: _____/s/_____
                                             Philip D. Dracht
                                             *Attorneys for Defendants*

David M. Lilienstein   (State Bar No. 218923)
**DL LAW GROUP**
345 Franklin St.
San Francisco, California 94102
Telephone: (415) 392-2289
Facsimile:  (415) 358-8484
E-mail:  david@dllawgroup.com,

Brian S. King (Admitted Pro Hac)
Nicole T. Durrant (Admitted Pro Hac)
**BRIAN S. KING, ATTORNEY AT LAW**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
Nicole@briansking.com

Attorneys for Plaintiffs

Philip D. Dracht, (State Bar No. 219044)
**FABIAN & CLENDENNIN**
215 South State Street , Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
pdracht@fabianlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. and JULIE B., individually and as guardians of CODY M.<br>    Plaintiffs,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA, and THE LOCKHEED MARTIN GROUP BENEFITS PLAN NO. 594<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>3:09-CV-4607 MHP<br><br>Judge Marilyn Hall Patel |

1

---
ORDER GRANTING VOLUNTARY DISMISSAL
CASE NO. C 09-04607 MHP

**PURSUANT TO STIPULATION IT IS SO ORDERED** that all claims in this lawsuit by Plaintiffs against Defendants are dismissed with prejudice, the respective parties to bear their own costs and attorneys' fees.

Dated: __5/3/2010_____

_____
Hon. Marilyn H. Patel
United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**Approved as to form:**

Dated April 28, 2010                            BRIAN S. KING, ATTORNEY AT LAW

                                                By: _____/s/_____
                                                    Brian S. King
                                                    *Attorneys for Plaintiffs*

Dated: April 28, 2010                           DL LAW GROUP

                                                By: _____/s/_____
                                                    David M. Lilienstein
                                                    *Attorneys for Plaintiffs*

Dated: April 28, 2010                           FABIAN & CLENDENIN, P.C.

                                                By: _____/s/_____
                                                    Philip D. Dracht
                                                    *Attorneys for Defendants*

2

_____
ORDER GRANTING VOLUNTARY DISMISSAL
CASE NO. C 09-04607 MHP